Joseph Mercadante et al., Appellants, *v.* Empire Trust Company, Respondent.

Submitted July 7, 1938; decided October 4, 1938.

*Max D. Steuer* and *Henry Klein* for motion.

*Edmund F. Lamb* opposed.

Motion denied, without costs, with leave to renew on argument of appeal.